UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

         v.

FREDERICK SCOTT SALYER,

       Defendant.

_____/

CR. NO. S-10-061 LKK

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

       Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

       Appellant,

         v.

FRED SALYER IRREVOCABLE
TRUST,

       Appellee.

_____/

CIV. NO. S-11-1839 LKK

////

////

////

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

       Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

       Appellant,

         v.                CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

       Appellees.
_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

       Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

       Appellant,

         v.                CIV. NO. S-11-1841 LKK

SCOTT SALYER, as trustee of
the Scott Salyer Revocable
Trust, et al.,

       Appellees.
_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

       Debtors.

////

////

////

2

1 | BRADLEY D. SHARP, Chapter 11
Trustee,

2

3          Appellant,

4            v.                  CIV. NO. S-11-1842 LKK

SSC FARMS 1, LLC, et al.,

5

6          Appellees.
_____/

7 In re:

SK FOODS, L.P., a California

8 limited partnership, et al.,

9          Debtors.

10 BANK OF MONTREAL, as
Administrative Agent, successor

11 by Assignment to Debtors SK Foods,
L.P. and RHM Industrial

12 Specialty Foods, Inc, a
California corporation, d/b/a

13 Colusa County Canning Co.,

14          Appellant,

15            v.                  CIV. NO. S-11-1845 LKK

16 SCOTT SALYER, et al.,

17          Appellees.
_____/

18 In re:

19 SK FOODS, L.P., a California
limited partnership, et al.,

20

         Debtors.

21

BANK OF MONTREAL, as

22 Administrative Agent, successor
by Assignment to Debtors SK Foods,

23 L.P. and RHM Industrial
Specialty Foods, Inc, a

24 California corporation, d/b/a
Colusa County Canning Co.,

25

         Appellant,

26

| | |
|---|---|
| v. | CIV. NO. S-11-1846 LKK |

INTERNAL REVENUE SERVICE, et al.,

      Appellees.
_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

      Debtors.

| | |
|---|---|
| BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co., | CIV. NO. S-11-1847 LKK |

      Appellant,

       v.

CSSS, L.P.,

      Appellee.
_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

      Debtors.

| | |
|---|---|
| BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co., | CIV. NO. S-11-1849 LKK |

      Appellant,

       v.

CALIFORNIA FRANCHISE TAX
BOARD, et al.,

1              Appellees.
_____/
2  In re:

3  SK FOODS, L.P., a California
limited partnership, et al.,
4
              Debtors.
5
BANK OF MONTREAL, as
6  Administrative Agent, successor
by Assignment to Debtors SK Foods,
7  L.P. and RHM Industrial
Specialty Foods, Inc, a
8  California corporation, d/b/a
Colusa County Canning Co.,                   CIV. NO. S-11-1850 LKK
9
              Appellant,
10
                   v.
11
CALIFORNIA FRANCHISE TAX
12  BOARD, et al.,

13              Appellees.
_____/
14  In re:

15  SK FOODS, L.P., a California
limited partnership, et al.,
16
              Debtors.
17
BANK OF MONTREAL, as
18  Administrative Agent, successor
by Assignment to Debtors SK Foods,
19  L.P. and RHM Industrial
Specialty Foods, Inc, a
20  California corporation, d/b/a
Colusa County Canning Co.,                   CIV. NO. S-11-1853 LKK
21
              Appellant,
22
                   v.
23
CARY SCOTT COLLINS, et al.,
24
              Appellees.
25  _____/

26  ////

5

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,                CIV. NO. S-11-1855 LKK

        Appellant,

           v.

CARY SCOTT COLLINS, et al.,

        Appellees.
_____/
In re:

SK FOODS, LP, a California
limited partnership, et al.,

        Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

        Plaintiff,                CIV. NO. S-11-2369 JAM

           v.

SKPM CORP., et al.,                RELATED CASE ORDER

        Defendants.
_____/

      Defendants in the above-captioned bankruptcy matter have filed

a Notice of Related Cases.  On April 14, 2011, in light of the

above-captioned criminal case, this court remanded several

bankruptcy appeals with the instruction to issue a stay if

"discovery from or testimony of Salyer or his criminal counsel is

1  reasonably necessary to dispose of a particular matter before the

2  Bankruptcy Court in the adversary proceedings." <u>Sharp v. SSC Farms</u>

3  <u>1, LLC (In re SK Foods, L.P.)</u>, 10 Civ. 1492 LKK, Dkt. No. 74 at p.5

4  (E.D. Cal. April 14, 2011).

5       The above-captioned bankruptcy matter appears to be related

6  to the above-captioned criminal case, as well as to the previously

7  related cases 2:10-CV-810, 2:10-CV-811, 2:10-CV-812, 2:10-CV-1492,

8  2:10-CV-1493,   2:10-CV-1496,   2:10-CV-1497,   2:10-CV-1498,

9  2:10-CV-1499,   2:10-CV-1500,   2:11-CV-1839,   2:11-CV-01840,

10 2:11-CV-1841,   2:11-CV-1842,   2:11-CV-1845,   2:11-CV-1846,

11 2:11-CV-1847,  2:11-CV-1849,  2:11-CV-1850,  2:11-CV-1853,  and

12 2:11-CV-1855.

13      Related cases are generally assigned to the judge presiding

14 over the case with the lowest number.  <u>See</u> E.D. Cal. R. 123(c).

15 Accordingly the court ORDERS as follows:

16      1. The action denominated 11-CV-2369 JAM is REASSIGNED to

17 Senior Judge Lawrence K. Karlton for all further proceedings.

18      2. Henceforth, the caption on documents filed in the

19 reassigned case shall be shown as 11-CV-2369 LKK.

20      3. The Clerk of the Court shall make appropriate adjustment

21 in the assignment of civil cases to compensate for this

22 reassignment.

23      IT IS SO ORDERED.

24      DATED:  September 13, 2011.

25

26

                                    LAWRENCE K. KARLTON
                    7               SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT