1

2

3

4

5                            UNITED STATES DISTRICT COURT

6                            EASTERN DISTRICT OF CALIFORNIA

7
     In re:
8
     SK FOODS, L.P., a California
9    limited partnership, et al.,

10              Debtors.

11   BRADLEY D. SHARP, Chapter 11
     Trustee,
12
                Appellant,
13
                     v.                        CIV. NO. S-11-1839 LKK
14
     FRED SALYER IRREVOCABLE
15   TRUST,

16              Appellee.
     ────────────────────────────────/
17
     In re:
18
     SK FOODS, L.P., a California
19   limited partnership, et al.,

20              Debtors.

21   BRADLEY D. SHARP, Chapter 11
     Trustee,
22
                Appellant,
23
                     v.                        CIV. NO. S-11-1840 LKK
24
     SKF AVIATION, LLC, et al.,
25
                Appellees.
26   ────────────────────────────────/

```
 1   In re:

 2   SK FOODS, L.P., a California
     limited partnership, et al.,
 3
              Debtors.
 4
     BRADLEY D. SHARP, Chapter 11
 5   Trustee,

 6            Appellant,

 7                 v.                        CIV. NO. S-11-1841 LKK

 8   SCOTT SALYER, as trustee of
     the Scott Salyer Revocable
 9   Trust, et al.,

10            Appellees.
     _____/
11   In re:

12   SK FOODS, L.P., a California
     limited partnership, et al.,
13
              Debtors.
14
     BRADLEY D. SHARP, Chapter 11
15   Trustee,

16            Appellant,

17                 v.                        CIV. NO. S-11-1842 LKK

18   SSC FARMS 1, LLC, et al.,

19            Appellees.
     _____/
20   In re:

21   SK FOODS, L.P., a California
     limited partnership, et al.,
22
              Debtors.
23
     BANK OF MONTREAL, as
24   Administrative Agent, successor
     by Assignment to Debtors SK Foods,
25   L.P. and RHM Industrial
     Specialty Foods, Inc, a
26   California corporation, d/b/a
```

1    Colusa County Canning Co.,

2          Appellant,

3              v.                       CIV. NO. S-11-1845 LKK

4    SCOTT SALYER, et al.,

5          Appellees.
   _____/

6    In re:

7    SK FOODS, L.P., a California
   limited partnership, et al.,

8

         Debtors.

9
   BANK OF MONTREAL, as
10   Administrative Agent, successor
   by Assignment to Debtors SK Foods,
11   L.P. and RHM Industrial
   Specialty Foods, Inc, a
12   California corporation, d/b/a
   Colusa County Canning Co.,

13
         Appellant,
14
             v.                       CIV. NO. S-11-1846 LKK
15
   INTERNAL REVENUE SERVICE, et al.,
16
         Appellees.
17   _____/
   In re:
18
   SK FOODS, L.P., a California
19   limited partnership, et al.,

20          Debtors.

21   BANK OF MONTREAL, as
   Administrative Agent, successor
22   by Assignment to Debtors SK Foods,
   L.P. and RHM Industrial
23   Specialty Foods, Inc, a
   California corporation, d/b/a
24   Colusa County Canning Co.,            CIV. NO. S-11-1847 LKK

25          Appellant,

26              v.

1    CSSS, L.P.,

2              Appellee.
     _____/

3    In re:

4    SK FOODS, L.P., a California
     limited partnership, et al.,

5              Debtors.

6
     BANK OF MONTREAL, as
7    Administrative Agent, successor
     by Assignment to Debtors SK Foods,
8    L.P. and RHM Industrial
     Specialty Foods, Inc, a
9    California corporation, d/b/a
     Colusa County Canning Co.,                    CIV. NO. S-11-1849 LKK

10
               Appellant,
11
                    v.
12
     CALIFORNIA FRANCHISE TAX
13   BOARD, et al.,

14             Appellees.
     _____/

15   In re:

16   SK FOODS, L.P., a California
     limited partnership, et al.,

17             Debtors.

18
     BANK OF MONTREAL, as
19   Administrative Agent, successor
     by Assignment to Debtors SK Foods,
20   L.P. and RHM Industrial
     Specialty Foods, Inc, a
21   California corporation, d/b/a
     Colusa County Canning Co.,                    CIV. NO. S-11-1850 LKK

22
               Appellant,
23
                    v.
24
     CALIFORNIA FRANCHISE TAX
25   BOARD, et al.,

26             Appellees.

                              4

1    _____/

In re:

2

SK FOODS, L.P., a California

3 limited partnership, et al.,

4         Debtors.

5 BANK OF MONTREAL, as
Administrative Agent, successor

6 by Assignment to Debtors SK Foods,
L.P. and RHM Industrial

7 Specialty Foods, Inc, a
California corporation, d/b/a

8 Colusa County Canning Co.,                 CIV. NO. S-11-1853 LKK

9         Appellant,

10           v.

11 CARY SCOTT COLLINS, et al.,

12         Appellees.
   _____/

13

In re:

14

SK FOODS, L.P., a California

15 limited partnership, et al.,

16         Debtors.

17 BANK OF MONTREAL, as
Administrative Agent, successor

18 by Assignment to Debtors SK Foods,
L.P. and RHM Industrial

19 Specialty Foods, Inc, a
California corporation, d/b/a

20 Colusa County Canning Co.,                 CIV. NO. S-11-1855 LKK

21         Appellant,

22           v.

                               O R D E R

23 CARY SCOTT COLLINS, et al.,

24         Appellees.
   _____/

25

26 ////

1        The hearing on this appeal is hereby re-scheduled for April

2    23, 2012 at 10:00 a.m.

3        The parties are advised that Frederick Scott Salyer has

4    entered a plea of guilty, U.S. v. Salyer, 10 Cr. 61 (March 23,

5    2012), and that a contested sentencing hearing is currently

6    scheduled for July 10, 2012.

7        Appellees shall therefore file a letter with this court no

8    later than seven days from the date of this order advising this

9    court whether they still require a stay of the bankruptcy court

10   proceedings, in light of the guilty plea.  The letter shall be no

11   longer than two pages in length, and shall only advise the court,

12   and shall not argue, re-argue or supplement their appeal papers.

13       Appellant (the Trustee), may file a responsive letter, no

14   later than seven days from the date of appellees' letter, which

15   shall be subject to the same constraints as were imposed on

16   appellees.

17       IT IS SO ORDERED.

18       DATED:  March 26, 2012.

19

20

21                              _____

22                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

23

24

25

26