1

2

3
                        UNITED STATES DISTRICT COURT
4
                        EASTERN DISTRICT OF CALIFORNIA
5

6  In re:

7  SK FOODS, L.P., a California
   limited partnership, et al.,
8
              Debtors.
9
   BRADLEY D. SHARP, Chapter 11
10 Trustee,

11            Appellant,

12                v.                      CIV. NO. S-11-1839 LKK

13 FRED SALYER IRREVOCABLE
   TRUST,
14
              Appellee.
15 _____/

16 In re:

17 SK FOODS, L.P., a California
   limited partnership, et al.,
18
              Debtors.
19
   BRADLEY D. SHARP, Chapter 11
20 Trustee,

21            Appellant,

22                v.                      CIV. NO. S-11-1840 LKK

23 SKF AVIATION, LLC, et al.,

24            Appellees.
   _____/
25 In re:

26

1  SK FOODS, L.P., a California
   limited partnership, et al.,
2
              Debtors.
3
   BRADLEY D. SHARP, Chapter 11
4  Trustee,

5             Appellant,

6             v.                          CIV. NO. S-11-1841 LKK

7  SCOTT SALYER, as trustee of
   the Scott Salyer Revocable
8  Trust, et al.,

9             Appellees.
   _____/
10 In re:

11 SK FOODS, L.P., a California
   limited partnership, et al.,
12
              Debtors.
13
   BRADLEY D. SHARP, Chapter 11
14 Trustee,

15            Appellant,

16            v.                          CIV. NO. S-11-1842 LKK

17 SSC FARMS 1, LLC, et al.,

18            Appellees.
   _____/
19 In re:

20 SK FOODS, L.P., a California
   limited partnership, et al.,
21
              Debtors.
22
   BANK OF MONTREAL, as
23 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
24 L.P. and RHM Industrial
   Specialty Foods, Inc, a
25 California corporation, d/b/a
   Colusa County Canning Co.,
26

                            2

1          Appellant,

2               v.                         CIV. NO. S-11-1845 LKK

3   SCOTT SALYER, et al.,

4          Appellees.
   _____/

5   In re:

6   SK FOODS, L.P., a California
   limited partnership, et al.,
7
          Debtors.
8
   BANK OF MONTREAL, as
9   Administrative Agent, successor
   by Assignment to Debtors SK Foods,
10  L.P. and RHM Industrial
   Specialty Foods, Inc, a
11  California corporation, d/b/a
   Colusa County Canning Co.,
12
          Appellant,
13
               v.                         CIV. NO. S-11-1846 LKK
14
   INTERNAL REVENUE SERVICE, et al.,
15
          Appellees.
16  _____/
   In re:
17
   SK FOODS, L.P., a California
18  limited partnership, et al.,

19         Debtors.

20  BANK OF MONTREAL, as
   Administrative Agent, successor
21  by Assignment to Debtors SK Foods,
   L.P. and RHM Industrial
22  Specialty Foods, Inc, a
   California corporation, d/b/a
23  Colusa County Canning Co.,              CIV. NO. S-11-1847 LKK

24         Appellant,

25              v.

26  CSSS, L.P.,

3

1            Appellee.
_____/

2 In re:

3 SK FOODS, L.P., a California
  limited partnership, et al.,

4
           Debtors.

5
  BANK OF MONTREAL, as

6 Administrative Agent, successor
  by Assignment to Debtors SK Foods,

7 L.P. and RHM Industrial
  Specialty Foods, Inc, a

8 California corporation, d/b/a
  Colusa County Canning Co.,              CIV. NO. S-11-1849 LKK

9
           Appellant,

10
             v.

11
  CALIFORNIA FRANCHISE TAX

12 BOARD, et al.,

13            Appellees.
_____/

14 In re:

15 SK FOODS, L.P., a California
  limited partnership, et al.,

16
           Debtors.

17
  BANK OF MONTREAL, as

18 Administrative Agent, successor
  by Assignment to Debtors SK Foods,

19 L.P. and RHM Industrial
  Specialty Foods, Inc, a

20 California corporation, d/b/a
  Colusa County Canning Co.,              CIV. NO. S-11-1850 LKK

21
           Appellant,

22
             v.

23
  CALIFORNIA FRANCHISE TAX

24 BOARD, et al.,

25            Appellees.
_____/

26

4

1   In re:

2   SK FOODS, L.P., a California
    limited partnership, et al.,

3
              Debtors.
4
    BANK OF MONTREAL, as
5   Administrative Agent, successor
    by Assignment to Debtors SK Foods,
6   L.P. and RHM Industrial
    Specialty Foods, Inc, a
7   California corporation, d/b/a
    Colusa County Canning Co.,                CIV. NO. S-11-1853 LKK

8
              Appellant,
9
                   v.
10
    CARY SCOTT COLLINS, et al.,
11
              Appellees.
12  _____/

13  In re:

14  SK FOODS, L.P., a California
    limited partnership, et al.,

15
              Debtors.
16
    BANK OF MONTREAL, as
17  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
18  L.P. and RHM Industrial
    Specialty Foods, Inc, a
19  California corporation, d/b/a
    Colusa County Canning Co.,                CIV. NO. S-11-1855 LKK

20
              Appellant,
21
                   v.
22                                                 O R D E R
    CARY SCOTT COLLINS, et al.,
23
              Appellees.
24  _____/

25  ////

26  ////

                                  5

1    The court is in receipt of a letter from counsel for

2  appellees, Farella Braun + Martel LLP, stating that it does not

3  seek to withdraw as counsel from this appeal.  Accordingly, the

4  Trustee's appeal shall be heard on June 4, 2012 at 10:00 a.m. in

5  this court.

6        IT IS SO ORDERED.

7        DATED:  May 8, 2012.

8

9

10                             _____
                               LAWRENCE K. KARLTON
11                             SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26